IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

M.C.Y., A MINOR,
BY AND THROUGH HIS NATURAL PARENTS
AND GUARDIANS JOSHUA M. YOUNGBLOOD
AND SHELLY D. YOUNGBLOOD                                                   PLAINTIFF

VS.                                                CAUSE NO.: 1:13-cv-00403-LG-JCG

GPCH-GP, Inc. d/b/a Garden Park Medical Center
AND JOHN AND JANE DOES A; B; C; D; E; F; AND G                 DEFENDANTS

### AGREED STIPULATION OF DISMISSAL

COME NOW THE PLAINTIFFS and DEFENDANT by and through undersigned counsel, and file this their Agreed Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 19th day of August, 2015.

M.C.Y., A MINOR,
BY AND THROUGH HIS NATURAL PARENTS
AND GUARDIANS JOSHUA M. YOUNGBLOOD
AND SHELLY D. YOUNGBLOOD

**PLAINTIFFS**

By:   s/ *David N. Harris, Jr.*
      David N. Harris (MSB #100790)

By:   s/ *Walter C. Morrison*
      Walter C. Morrison (MSB #9653)

**GPCH-GP, Inc. d/b/a Garden Park Medical Center**

**DEFENDANT**

By:   s/ *William E. Whitfield, III*
      William E. Whitfield, III

By:   s/ *Kimberly S. Rossetti*
      Kimberly S. Rossetti, Esq.

COUNSEL FOR PLAINTIFFS:

DAVID N. HARRIS (MSB #100790)
CORBAN ▪ GUNN ▪ VAN CLEAVE LAW FIRM
Post Office Drawer 1916, Biloxi, Mississippi 39533-1916
Telephone: (228) 432-7826, Facsimile: (228) 456-0998
E-mail: david@cgvclaw.com

WALTER C. MORRISON, IV (MSB#9653)
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.
240 Trace Colony Park Drive, Suite 100 Ridgeland, Mississippi 39157
Telephone: 601-933-2054, Facsimile: 601-933-2050
E-mail: wmorrison@gainsben.com


COUNSEL FOR DEFENDANT:

WILLIAM E. WHITFIELD, III, ESQUIRE
KIMBERLY S. ROSETTI, ESQUIRE
COPELAND, COOK, TAYLOR, & BUSH, P.A.
P.O. Box 10, Gulfport, Mississippi 39502-0010
Telephone: (228) 863-6101, Facsimile: (228) 863-9526
E-mail: bwhitfield@wewiii.net , whitbill@aol.com krosetti@cctb.com

**CERTIFICATE OF SERVICE**

I, David N. Harris, Jr., do hereby certify that on August 19, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF system, which will send notification of such filing to the following:

    William E. Whitfield, III, Esquire
    Kimberly S. Rosetti, Esquire
    COPELAND, COOK, TAYLOR, & BUSH, P.A.
    P.O. Box 10, Gulfport, Mississippi 39502-0010
    Telephone: (228) 863-6101, Facsimile: (228) 863-9526
    E-mail: bwhitfield@wewiii.net , whitbill@aol.com krosetti@cctb.com

This, the 19th day of August, 2015.

                                                By:  *s/ David N. Harris, Jr.*
                                                        David N. Harris (MSB #100790)

                                                By:  *s/ Walter C. Morrison*
                                                         Walter C. Morrison (MSB #9653)

DAVID N. HARRIS (MSB #100790)
CORBAN ▪ GUNN ▪ VAN CLEAVE LAW FIRM
Post Office Drawer 1916, Biloxi, Mississippi 39533-1916
Telephone: (228) 432-7826, Facsimile: (228) 456-0998
E-mail: david@cgvclaw.com

WALTER C. MORRISON, IV (MSB#9653)
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.
240 Trace Colony Park Drive, Suite 100 Ridgeland, Mississippi 39157
Telephone: 601-933-2054, Facsimile: 601-933-2050
E-mail: wmorrison@gainsben.com